Filippo Macchiaverna, Suing for Himself as Stockholder, etc., Respondent, v. Campania Real Estate Company and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

Nassau Suffolk Lumber and Supply Corporation, Respondent, v. Carmine Pascucci and Others, Appellants.— Motion for stay granted upon condition that within three days from the entry of the order herein appellants give an undertaking with corporate surety as provided by section 598 of the Civil Practice Act; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

Ann Odes and Bosilia, Inc., Respondent, v. Trioa Realty Co., Inc., Appellant, and Others, Defendants.— Motion for stay granted. Although the appeal has not been perfected, the order denying motion to strike out amended answer of defendant Trioa Realty Co., Inc., is affirmed, without costs, the parties having consented thereto. Trial set down for June eighth, subject to the consent of the justice presiding. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

Samuel Pollack, Judgment Creditor, Respondent, v. Barnet Resnick and Others, Judgment Debtors; Wigdor Fidell, Judgment Debtor, Appellant.— Motion for stay granted upon condition that within five days from the entry of the order herein appellant furnish an undertaking with corporate surety in the sum of $250; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

The People of the State of New York, Respondent, v. Anthony Santerello, Appellant.— Motion for enlargement of time until October term granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

The People of the State of New York, Respondent, v. Charles Von Elm, Appellant.— Motion to extend time granted on consent; appellant to perfect the appeal for the June term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

Stanley Rysavy, Respondent, v. Emily Rysavy, Appellant. Edward Ruth, Defendant.— Motion granted and stay continued until disposition of appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

Standard Oil Company of New York, Respondent, v. Emanuel Jackson and Another, Appellants.— Motion to dismiss appeal denied; case added to calendar of May fifteenth and marked " submitted." Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

Ethel Sunberg, Respondent, v. Harry Sunberg, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.